# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153406 & (43)(47)

ALTICOR, INC.,
　　　　　Plaintiff-Appellant/
　　　　　Cross-Appellee,

v

　　　　　　　　　　　　　　　　　　　　SC: 153406
　　　　　　　　　　　　　　　　　　　　COA: 323350
　　　　　　　　　　　　　　　　　　　　Ct of Claims: 12-000139-MT

DEPARTMENT OF TREASURY,
　　　　　Defendant-Appellee/
　　　　　Cross-Appellant.

_____/

　　　　On order of the Court, the motion for leave to file brief amicus curiae is GRANTED. The application for leave to appeal the February 9, 2016 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2016

t1212

Clerk